■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK DIBOSKY, Appellant. [762 NYS2d 558] —Appeal from a judgment of Supreme Court, Erie County (Buscaglia, J.), entered June 7, 2001, convicting defendant upon his plea of guilty of assault in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo,* 91 NY2d 733, 737 [1998]). Present—Pigott, Jr., P.J., Pine, Scudder, Kehoe and Gorski, JJ.